BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP    BDFTE# 00000001253251
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-70399-HDH-13 |
| | § | |
| ANTOINETTE NOEL JOHNSON | § | |
| and HOLLIS JEAN JOHNSON, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| BAC HOME LOANS SERVICING, LP | § | |
| FKA COUNTRYWIDE HOME | § | |
| LOANS SERVICING, LP ITS | § | |
| ASSIGNS AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
| Movant | § | HEARING DATE: 07/22/2009 |
| | § | |
| v. | § | TIME: 11:00 AM |
| | § | |
| ANTOINETTE NOEL JOHNSON | § | |
| and HOLLIS JEAN JOHNSON; and | § | |
| WALTER O'CHESKEY, Trustee | § | |
| Respondents | § | JUDGE HARLIN D. HALE |

**NOTICE OF WITHDRAWAL OF**
<u>**MOTION FOR RELIEF FROM STAY**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST (hereinafter "MOVANT"), a secured creditor in the referenced bankruptcy case, and states to the Court that Movant no longer wishes to prosecute its Motion for Relief from Stay, filed with the Court on June 29, 2009.  Debtor's account is post-petition current and the requested relief is not warranted.

WHEREFORE, Movant hereby withdraws its Motion for Relief from Stay.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ DAMIAN ABREO                    7/17/2009
DAMIAN ABREO
TX NO. 24006728
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (972) 661-7702
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2009 a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ DAMIAN ABREO        7/17/2009
     DAMIAN ABREO
     TX NO. 24006728
     1900 ST. JAMES PLACE SUITE 500
     HOUSTON, TX 77056
     Telephone: (713) 621-8673
     Facsimile: (972) 661-7702
     E-mail: NDECF@BBWCDF.COM
     ATTORNEY FOR MOVANT

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTORS:
ANTOINETTE NOEL JOHNSON
807 TULSA
WICHITA FALLS, TX  76301

HOLLIS JEAN JOHNSON
807 TULSA
WICHITA FALLS, TX  76301

ANTOINETTE NOEL JOHNSON
807 TULSA ST
WICHITA FALLS, TX  76301

TRUSTEE:
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424

US TRUSTEE:
1100 COMMERCE STREET, ROOM 976
EARLE CABELL FEDERAL BLDG
DALLAS, TX  75242

DEBTOR'S ATTORNEY:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

PARTIES IN INTEREST:
CITY OF WF, WFISD, WICHITA COUNTY
C/O PERDUE BRANDON FIELDER COLLINS&MOTT
P.O. BOX 8188
WICHITA FALLS, TX  76307

PARTIES REQUESTING NOTICE:
GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL  33131-1605